**Below is the Order of the Court.**

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

Form odsm

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Case No.: 26−42422−MJH
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dea Anne Haertling
18907 80th Avenue East
Puyallup, WA 98375

Social Security / Individual Taxpayer ID No.:
xxx−xx−5874

Employer Tax ID / Other nos.:

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

- ☐ The debtor's failure to file required schedules.
- ☐ The debtor's failure to pay the filing fee.
- ☐ The debtor's failure to attend the meeting of creditors.
- ☐ The debtor's failure to comply with a show cause order.
- ☑ The debtor's failure to meet minimum filing requirements.
- ☑ Other: **Debtor Signature missing on Social Security Number Form and Filing Fee Installment Application**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///